## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**GARY ARLANDO WOFFORD, JR.**                                    **PLAINTIFF**

**v.**                    **No. 2:22-cv-225-DPM-JTK**

**ARKANSAS COUNTY DETENTION
CENTER;  ARKANSAS DEPARTMENT
OF CORRECTIONS;  CLAYTON EVANS,
Maintenance;  TYRAN MCCRADIC, Jail
Administrator;  and DEAN MANNIS,
Sheriff**                                                   **DEFENDANTS**

### ORDER

The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, *Doc. 8*.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  The Arkansas County Detention Center and Arkansas Department of Corrections are dismissed as defendants without prejudice.

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

14 April 2023