**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

| | |
|---|---|
| GARY ARLANDO WOFFORD, JR, ADC # 182146 | PLAINTIFF |
| v. | 2:22CV00225-DPM-JTK |
| ARKANSAS COUNTY DETENTION CENTER, et al. | DEFENDANTS |

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge D.P. Marshall Jr. Any party may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objections; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

Defendants Evans, Mannis, and McCradic (collectively, "Defendants") filed a Motion to Compel on January 15, 2024. (Doc. No. 31). On January 18, 2024, the Court directed Plaintiff to respond to Defendants' Motion within fifteen days, or by February 2, 2024. (Doc. No. 32). Plaintiff did not respond. On February 5, 2024, the Court granted Defendants' Motion and directed Plaintiff to respond to Defendants' requests with 15 days, or by February 20, 2024. (Doc. No. 33).

On February 22, 2024, Defendants filed a Notice informing the Court that Plaintiff had not provided responses to their discovery requests as directed by the Court. (Doc. No. 34).

Rule 5.5(c)(2) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In addition, Rules 37(b)(2)(A)(v) and 37(d)(3) of the Federal Rules of Civil Procedure provide that if a party fails to obey an order to provide or permit discovery, or fails to serve answers to interrogatories, the Court may sanction the party by dismissing the action. Here, Plaintiff failed to respond Defendants' discovery requests. And Plaintiff failed to respond to Defendants' Motion to Compel, despite the Court's Order directing Plaintiff to do so. Further, Plaintiff failed to comply with the Courts' January 5, 2024 Order directing Plaintiff to respond to Defendants' discovery requests. Under these circumstances, the Court finds that Plaintiff's Complaint, as amended, should be dismissed without prejudice.

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Complaint, as amended, be DISMISSED without prejudice.

Dated this 23rd day of February, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE