# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

GARY ARLANDO WOFFORD, JR.　　　　　　　　　　　　PLAINTIFF
ADC # 182146

v.　　　　　　　　No. 2:22-cv-225-DPM

CLAYTON EVANS, Maintenance;
TYRAN MCCRADIC, Jail Administrator;
and DEAN MANNIS, Sheriff　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, *Doc. 35*.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Wofford's amended complaint will be dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 March 2024