## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**GARY ARLANDO WOFFORD, JR.**                                                    **PLAINTIFF**
**ADC # 182146**

**v.**                                        **No. 2:22-cv-225-DPM**

**ARKANSAS COUNTY DETENTION**
**CENTER;  ARKANSAS DEPARTMENT**
**OF CORRECTIONS;  CLAYTON EVANS,**
**Maintenance;  TYRAN MCCRADIC, Jail**
**Administrator;  and DEAN MANNIS,**
**Sheriff**                                                                      **DEFENDANTS**

### JUDGMENT

Wofford's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
21 March 2024